PROB 12A
(Revised 05/2011)

# United States District Court
## for
## Middle District of Tennessee

## Report on Offender Under Supervision

Name of Offender: <u>Carnielous Marcello Yarber</u>   Case Number: <u>3:14-00022-01</u>

Name of Sentencing Judicial Officer: <u>Honorable J. Daniel Breen, U.S. District Judge, WDTN</u>

Name of Judicial Officer: <u>Honorable Kevin H. Sharp, U.S. District Judge</u>

Date of Original Sentence: <u>November 3, 2010</u>

Original Offense: <u>18 U.S.C. § 922(g) Convicted Felon in Possession of Ammunition Shipped in Interstate Commerce</u>

Original Sentence: <u>46 months' custody and two years' supervised release</u>

Type of Supervision: <u>Supervised release</u>   Date Supervision Commenced: <u>December 13, 2013</u>

Assistant U.S. Attorney: <u>To be determined</u>   Defense Attorney: <u>To be determined</u>

---

The Court orders:

☒ No Action Necessary at this Time
☐ Submit a Request for Modifying the Condition or Term of Supervision
☐ Submit a Request for Warrant or Summons
☐ Other

Considered this ___ day of _April_____, 2014, and made a part of the records in the above case.

Kevin H. Sharp
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct. Respectfully submitted,

Amanda M. Russell
U.S. Probation Officer

Place   Nashville

Date    March 6, 2014

## ALLEGED VIOLATIONS

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| **1.** | **The defendant shall refrain from any unlawful use of a controlled substance.** On December 16, 2013, Mr. Yarber tested positive for marijuana and his urine sample was confirmed positive by the testing laboratory.<br><br>When questioned by the probation officer, Mr. Yarber admitted to smoking a marijuana joint on December 12, 2013, one day prior to being released from custody on December 13, 2013. He reported he made a "mistake" and it would not happen again. |

### Compliance with Supervision Conditions and Prior Interventions:
Carnielous Yarber is employed and lives with his sister in Nashville, Tennessee. Mr. Yarber began his term of supervised release on December 13, 2013, and his supervision is due to terminate on December 12, 2015. Mr. Yarber was sentenced in the Western District of Tennessee and his supervision was transferred to the Middle District of Tennessee on February 12, 2014.

Following his positive drug test for marijuana, Mr. Yarber was given a verbal reprimand and re-instructed to not use any illegal substances. He was immediately referred to Centerstone Mental Health for a substance abuse assessment and treatment. Mr. Yarber is currently participating in outpatient substance abuse treatment, as recommended by his therapist.

### U.S. Probation Officer Recommendation:
The probation officer is requesting that no additional action be taken by the Court at this time. It is recommended that Mr. Yarber remain on supervised release, continue to participate in substance abuse treatment, and not incur any future violations. The U.S. Attorney's Office has been advised of the offender's noncompliance and is in agreement with this recommendation.

Approved: _____
Britton Shelton
Supervisory U.S. Probation Officer